PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                                           )<br>)<br>MICHAEL STAUFFER                  )<br>) | Docket Number: 2:03CR00032-01 |

On May 13, 2003, the above-named was placed on probation for a period of 5 years. He has complied with the rules and regulations of supervision and satisfied the financial penalties. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   John A. Poglinco

**JOHN A. POGLINCO
Senior United States Probation Officer**

Dated:       June 7, 2006
             Sacramento, California
             JAP:jz

**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS
Supervising United States Probation Officer**

**Re:   Michael STAUFFER
        Docket Number:   2:03CR00032-01
        ORDER TERMINATING PROBATION
        PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that Michael Stauffer be discharged from probation, and that the proceedings in the case be terminated.

DATE: June 12, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office